IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| **ARMSTRONG KNIGHT** | § | **PETITIONER** |
| | § | |
| **v.** | § | **CAUSE NO. 1:06CV1112LG-JMR** |
| | § | |
| **PRESTON GOFF** | § | **RESPONDENT** |

## JUDGMENT

This day this cause came on for hearing before the Court on Respondent's Motion to Dismiss for Failure to Exhaust Available Administrative Remedies [18-1], the issues having been duly heard and considered and a decision having been duly rendered by separate Order;

**IT IS THEREFORE ORDERED AND ADJUDGED** that Respondent's Motion to Dismiss for Failure to Exhaust Available Administrative Remedies [18-1] is **GRANTED**. Petitioner's Petition pursuant to 28 U.S.C. § 2254 is **DISMISSED WITHOUT PREJUDICE** for failure to exhaust administrative remedies.

**SO ORDERED AND ADJUDGED** this the 30th day of May, 2007.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE